IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:10cr37-SPM

ARTHUR BRENT STANLEY
  a/k/a "Stanley Yates,"

   Defendant.
_____/

# ORDER DENYING MOTION TO DISMISS COUNT TWO

This cause comes before the Court on Defendant's motion to dismiss Count Two on double jeopardy grounds. Doc. 32. For the following reasons, the motion will be denied.

Defendant pleaded guilty to both distribution (Count One) and possession (Count Two) of child pornography. To be successful on his double jeopardy challenge he must show that the offenses of distribution and possession are not factually distinct given the record that existed at the time of his plea. United States v. Harper, No. 09-16077, 2010 WL 3860730 (Oct. 5, 2010). Two factually distinct offenses are possible from the record, however.

Both the indictment and the statement of facts supporting Defendant's guilty plea refer to more than one image of child pornography, and Defendant's possession and distribution occurred on more than one date. Specifically,

multiple images of child pornography were downloaded from a selection available on Defendant's computer by using a file sharing program on February 17, 2010, so as to support the distribution charge in Count Two.  Additional images were found on Defendant's computer when it was seized on June 30, 2010, so as to support the possession charged in Count Two.  Because the record shows that each count can be established based on conduct that occurred on different dates and involved different images, each count can be construed as a separate offense and Defendant has no viable double jeopardy argument.  Id.; United States v. Bobb, 577 F.3d 1366, 1375 (11th Cir. 2009).  Accordingly, it is

ORDERED AND ADJUDGED: Defendant's motion to dismiss Count Two (doc. 32) is denied.

DONE AND ORDERED this 3rd day of December, 2010.

_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge